**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-05-870-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Jeffrey A. Kilbride (2); and James R. Schaffer (3), | |
| Defendants. | |

In an opinion dated October 28, 2009, the Ninth Circuit affirmed Defendants' criminal convictions and sentences. *See* Dkt. #532-1. The mandate issued on January 19, 2010. Dkt. #532. The Court has entered amended judgments. Dkt. ##538, 539. Defendants have an April 14, 2010 surrender date. Dkt. #537.

Several outstanding motions remain. Dkt. ##520, 521, 524, 525. This order will address those motions.

**I.      Motions Regarding M&I's Interest in Forfeited Property.**

On June 26, 2009, the Court issued an amended preliminary order of forfeiture to include, as substitute property forfeited to the government, the real property located at 4315 E. Highlands Drive, Paradise Valley, Arizona, 85253. Dkt. #512 at 7, ¶ 2. On November 3, 2009, M&I Marshall & Ilsley Bank ("M&I") filed a motion for a hearing to determine its interest in the Highlands Drive property. Dkt. #520. M&I and the government have since filed a stipulated motion for entry of a final order of forfeiture regarding the property.

Dkt. #525. No response has been filed. The Court will grant the stipulated motion and deny as moot M&I's motion for a hearing.

The time period for filing third-party petitions claiming an interest in the Highlands Drive property has passed. Only M&I filed a petition. M&I, as mortgagor, claims a secured interest in the property in the amount of $1,422,249.41 as of November 3, 2009, with per diem interest of $190.30. *See* Dkt. #525 at 3.

M&I and the government, among other things, stipulate that the Highlands Drive property shall be forfeited to the United States in partial satisfaction of the money judgment entered in this case, that M&I has the most senior recorded security interest in the property, that the property should be disposed of by the United States Marshals Service according to law and with reasonable deductions being withheld from sale proceeds, and that M&I has the next priority to sale proceeds in the amount of $1,422,249.41 plus interest at the rate of $190.30 from November 3, 2009 to the date of the closing of escrow. *Id.* at 4-7.

Having reviewed the stipulations presented by M&I and the government, and because no objection has been filed, the Court will grant the motion for entry of a final order of forfeiture regarding the Highlands Drive property (Dkt. #525). The Court will enter a separate final order of forfeiture. *See* Dkt. #525-2. M&I's motion for a hearing (Dkt. #520) will be denied as moot.

**II.     The Government's Motion to Compel.**

On November 24, 2009, the government filed a motion to compel responses to interrogatories and document production requests served on Defendants in September 2009. Dkt. #524. The Court has ordered Defendants to respond to the government's discovery requests by March 26, 2010. Dkt. #537. The motion to compel will be denied as moot.

**III.    The Motion to Withdraw as Counsel.**

Counsel for Defendant Schaffer, Gary Kaufman and Dana Milmeister of the Kaufman Law Group, have filed a motion to withdraw as counsel of record on the ground that they have exceeded the scope of required services under the retainer agreement. Dkt. #521. The government objects to withdraw until discovery is completed. Dkt. #522. The outstanding

discovery issues have been resolved. *See* Dkt. #537. The Court therefore will grant the motion to withdraw as counsel.

**IT IS ORDERED:**

1. The stipulated motion for entry of a final order of forfeiture regarding the Highlands Drive property (Dkt. #525) is **granted**. The Court will issue a separate final order of forfeiture.

2. M&I Marshall & Ilsley Bank's motion for hearing regarding its interest in the Highlands Drive property (Dkt. #520) is **denied** as moot.

3. The government's motion to compel discovery (Dkt. #524) is **denied** as moot.

4. The motion to withdraw as counsel of record for Defendant James Schaffer filed by Gary Kaufman and Dana Milmeister of the Kaufman Law Group (Dkt. #521) is **granted**.

DATED this 26th day of March, 2010.

_____
David G. Campbell
United States District Judge